**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Francesca Liquori*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*francesca.liquori3@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 645-2813*
*fax: (973) 297-2010*

October 22, 2026

**Via Electronic Filing**
Hon. Claire C. Cecchi, U.S.D.J.
United States District Court
MLK Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Garamendi Arambulo v. Warden*, No. 26-5591 (CCC)**
**First Extension Request**

Dear Judge Cecchi:

This Office represents Respondents in the above-referenced habeas matter. We write to request a 2-week extension of time to respond to the Court's October 9, 2026 text order directing Respondents to "provide a copy of [Petitioner's bond] hearing transcript and a response addressing the arguments raised in Petitioner's [July 3, 2026] motion within fourteen (14) days." ECF No. 17. This is the first request for more time.

By way of background, on June 5, 2026, Petitioner filed an amended habeas petition, challenging the legality of his detention by U.S. Immigration and Customs Enforcement ("ICE") pursuant to 8 U.S.C. § 1225(b)(1). ECF No. 5. Respondents answered the petition on June 22, 2026. ECF No. 10. On June 24, 2026, the Court ordered Respondents to provide Petitioner with a bond hearing within seven days. ECF No. 11. On June 29, 2026, the Elizabeth Immigration Court conducted a custody redetermination hearing pursuant to 8 U.S.C. § 1226(a), 8 C.F.R. § 1236. The Immigration Court denied Petitioner's request for a change in custody status upon finding Petitioner to be a flight risk. *See* ECF No. 13 at Ex. 1.

On July 3, 2026, Petitioner filed an emergency motion for release, asserting that Petitioner did not receive due process at his bond hearing. ECF No. 15. On October 9, 2026, this Court found that it "lacks jurisdiction to review any discretionary determinations underlying the Immigration Judge's bond decision, but it can review whether the bond hearing was fundamentally unfair." ECF No. 17. The

Court ordered Respondents to provide a copy of the hearing transcript and a response addressing Petitioner's argument within 14 days, i.e., by October 23, 2026. *Id.*

On October 12, 2026, this Office requested the digital audio recordings and transcript of the bond hearing. We received an electronic link to the files on or about October 20; however, we have been unable to access the materials to date. We are working diligently to remedy the problem. In light of this, Respondents respectfully request a 2-week extension of time, i.e., until November 6, 2026, to respond to the Court's October 9, 2026 order. This extension will allow Respondents to provide the Court with the hearing transcript and a comprehensive response to the issues raised in Petitioner's motion. We have not sought the consent of Petitioner, who is detained and proceeding pro se.

Thank you for your time and consideration of this request.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Francesca Liquori*
FRANCESCA LIQUORI
Assistant United States Attorney
*Attorneys for Respondents*

SO ORDERED

s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 10/23/2026